AO 91 (Rev. 11/11) Criminal Complaint                                                               AUSA Geraghty

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Carlos Alberto SERRANO RESTREPO<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:24-mj-17<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 10, 2024__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(5) | Any person who being an alien is illegally or ulawfully in the U.S., to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce |

This criminal complaint is based on these facts:

See Attachment A (affidavit), incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Teresa Petit, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/10/2024

Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*